MARGARET SAUTTO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. EDENBORO APARTMENTS, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 84 *N. J. Super.* 461.

*Mr. Elmer O. Goodwin* for the petitioners.

*Messrs. Holley & Kroner* for the respondents.

October 13, 1964. ▮▮▮▮▮

ACCIDENT INDEX BUREAU, INC., PLAINTIFF-RESPONDENT, v. RICHARD J. HUGHES, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 293.

*Mr. Arthur J. Sills,* Attorney General, and *Mr. William L. Kirchner, Jr.* for the petitioners.

*Messrs. Meredith & Meredith* for the respondent.